**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Action No. 03-cv-00002-REB-OES

JIM STULB, Trustee,
FOUNTAIN VALLEY ENVIRONMENTAL REMEDIATION TRUST,

     Plaintiff,

v.

SCHLAGE LOCK COMPANY, and
INGERSOLL-RAND COMPANY,

     Defendants.
_____

**ORDER RE: DEFENDANTS' MOTION FOR REVIEW
OF CLERK'S ACTION ON DEFENDANTS' BILL OF COSTS**
_____

**Blackburn, J.**

The matter before me is Defendants' Motion and Supporting Memorandum for Review of Clerk's Action on Defendants' Bill of Costs [#209], filed April 15, 2005. I grant the motion in part and deny it in part.

I disagree with defendants' arguments only in connection with their claim for reimbursement of in-house photocopying charges of $6,487.37. As with other cost items recoverable under 28 U.S.C. § 1920, costs associated with photocopying documents may be recovered if it is shown that they were "necessarily obtained for use in the case." Defendants' evidence, which shows only that certain copies were made on particular dates in connection with this case (*see* Defs. Motion App., Exh. 9), does not demonstrate that this standard has been met. The fact that defendants are requesting only one-third of the in-house copying charges actually billed is not

sufficient either. No matter how reasonable and conservative this estimate may be, it does not adequately show that the photocopies for which reimbursement is sought were necessarily obtained for use in the case. Although defendants argue that their current in-house photocopying standards do not allow them to be more specific, if they intend to recover such costs, it is their own practices, and not the statute, that must yield.

In all other respects, I find the motion well-taken. Therefore for the reasons stated, arguments advanced, and authorities cited by defendants in their motion and reply, the motion is granted.

**THEREFORE, IT IS ORDERED** as follows:

(1) That Defendants' Motion and Supporting Memorandum for Review of Clerk's Action on Defendants' Bill of Costs [#209], filed April 15, 2005, **IS GRANTED** and **DENIED IN PART**;

(2) That the motion is **DENIED** with respect to defendants' request for reimbursement of the costs of in-house photocopying charges;

(3) That in all other respects, the motion is **GRANTED**; and

(4) That therefore, defendants are **AWARDED** costs in the amount of $92,406.50, which shall be in addition to the $7,493.02 already awarded by the Clerk of the Court.

Dated September 14, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn

                                      Robert E. Blackburn  
                                      United States District Judge