IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge

Civil Action No. 03-cv-00002-REB-OES

JIM STULB, Trustee,
FOUNTAIN VALLEY ENVIRONMENTAL REMEDIATION TRUST,

    Plaintiff,
v.

SCHLAGE LOCK COMPANY, and
INGERSOLL-RAND COMPANY,

    Defendants.
_____

**ORDER RE: PLAINTIFFS' MOTION FOR STAY**
_____

**Blackburn, J.**

This matter is before me on the **Plaintiffs' Motion and Incorporated Memorandum for Stay of Order Awarding Defendants' Costs** [#217], filed September 22, 2005. The motion is denied.

On September 14, 2005, I entered an order [#216] awarding costs to the defendants. The plaintiffs have filed an appeal, and they seek a stay of my order awarding costs pending resolution of the appeal. The plaintiffs argue, without authority, that they should not be required to post a bond pending resolution of their appeal.

The plaintiffs' motion is denied for two reasons. First, the plaintiffs did not file a certificate indicating an effort to confer with the defendants concerning the issue raised in the motion prior to filing the motion. This is contrary to the requirement stated in D.C.COLO.LCivR 7.1(A). Second, Fed. R. Civ. P. 62(d) provides for a stay of execution on a judgment pending appeal if the appellant posts a bond. Of course, this rule is

designed to protect the interests of the party who has obtained the judgment, here the defendants.  The plaintiffs could obtain the stay they seek, and protect the interests of the defendants, by posting a bond.  The plaintiffs' have not cited any valid reason why they should not be required to post a bond in order to obtain a stay.

**THEREFORE, IT IS ORDERED** that the **Plaintiffs' Motion and Incorporated Memorandum for Stay of Order Awarding Defendants' Costs** [#217], filed September 22, 2005, is **DENIED**.

Dated September 5, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**